IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RYSHEEM PLUMMER,<br>        Petitioner | : | NO. 2:06-cv-5332-AB |
| VS. | : | |
| DAVID DIGUGLIELMO,<br>SUPERINTENDENT,<br>        AND<br>THE DISTRICT ATTORNEY OF<br>THE COUNTY OF PHILADELPHIA,<br>        AND<br>THE ATTORNEY GENERAL OF<br>THE STATE OF PENNSYLVANIA,<br>        Respondents | : | |

### ORDER

AND NOW, this 3rd day of July, 2007, upon consideration of the pleadings and record herein, and after review of the Report and Recommendation of Chief United States Magistrate Judge Charles B. Smith, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The Petition for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2254, is DENIED.

3. There is no probable cause to issue a certificate of appealability.

It is so ORDERED.

BY THE COURT:

_____
ANITA B. BRODY                    J.

Copies via ECF on ___ to:   Copies via US Mail on ___ to: